FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

★ JUN -5 2014 ★

Kenneth Eng

**BROOKLYN OFFICE**

COMPLAINT

Plaintiff **CV 14 -    3632    VITALIANO, J.**

Matt Berger

Defendant

**BLOOM, M.J.**

I.    Parties

Plaintiff Kenneth Eng resides at 4266 Saull Street, Flushing, NY 11355
Defendant Matt Berger resides at NYU, 22 Washington Square South, New York, NY 10012

II.    The jurisdiction of the Court is invoked pursuant to 17 U.S. CODE § 501.

III.    Sometime in 2007, Matt Berger created a band or album called Terrordactyl.

Please see:

http://www.linkedin.com/in/mattroiberger
https://myspace.com/terrordactylisgo/music/songs

I had a character named Terrordactyl in one of my screenplays when I was a student at NYU film school. Matt Berger was a classmate of mine, and I am accusing him of stealing this name from me.

IV.    I am seeking $1,000,000 in damages from Matt Berger and anyone involved with this offense.

June 4, 2014

917-573-9453